*Mandamus* (A) and (C) — Buller's *Nisi Prius.*— 2 Salkeld, 446, 701.— 1 Sal. 175.   Strange, 555, 1003, 1157, 1180, 697, 1082, 159, 797, 557, 58, 59, 608, 696, 832, 893, 895.— 3 Black. Com. 264.— 4 Black. Com. 434.   2 Black. Rep. 716.— 2 Burrow, 1043, 1197.— 3 Burrow, 1532.— 4 Burrow, 1991.— Durnford, 147.

The court ordered a *mandamus* to issue, returnable the next term.

Note.—At February term, 1788, the *mandamus* was returned; and the court was requested to direct what should be the rule of proceeding, in trying the sufficiency of the return; whether the common law, as it stood before the stat. 9 Anne, or that statute; and the court said, the statute of Anne should be the rule of proceeding.

---

## MOULTROP v. BENNET.

THE declaration was upon a promise to pay £16 12s.— and concluded in damage £30.— The cause came up by appeal, and went to trial without any exception being taken to the legality of the appeal.—A verdict was found for the plaintiff, and the defendant moved in arrest, on the ground, that the matter in demand was below the jurisdiction of the court: And,

By the COURT. (DYER, J., absent.) The judgment was arrested.